WILLIAM FERTIG, Appellant, *v.* GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Respondent.

Supreme Court, Appellate Term, First Department, February 1, 1940.

A. Lesser for appellant.

E. M. Fuller for respondent.

Judgment and order affirmed, with $10 costs.

HAMMER, SHIENTAG and NOONAN, JJ., concur.